UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

**Phillipe M Cunningham**                          )
                                                   ) Chapter 7
                                                   ) Bankruptcy Case No.
                                                   )
Debtor(s)                                          )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.  [To be completed in all cases]

I(We), **Phillipe M Cunningham** and , the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Phillipe M Cunningham**
Printed or Typed Name of Debtor or Representative         Printed or Typed Name of Joint Debtor

_/s/ signature_
Signature of Debtor or Representative                     Signature of Joint Debtor

9-9-13
Date                                                      Date

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy