LAW OFFICES OF MICHAEL G. BERLAND
1 NORTH LA SALLE STREET, SUITE 1775
CHICAGO, ILLINOIS 60602
312-855-1272 TELEPHONE
312-372-0520 FAX

September 23, 2013

FAX TRANSMITTAL

TO: CONNIE WARNER

FROM: MICHAEL BERLAND

RE: JOLIET CASES NOVEMBER 5, 2013
 Pursuant to your request, I hereby resign as trustee as in all cases assigned to me for November 5, 2013 in Joliet (a copy of all cases for November 5, 2013 is attached hereto). I understand that I will have no responsibility for any of these cases and that they will be assigned to Trustee Metro.

TOTAL PAGES; INCLUDING COVER SHEET

9/23/13

Michael Berland Trustee

11-5-13



**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

*219 S. Dearborn Street*   *Main*   *(312) 886-5785*
*Room 873*                 *Fax*    *(312) 886-5794*
*Chicago, IL 60604*

September 24, 2013

Peter Metrou, Esq
Attorneys & Counselors at Law
123 West Washington St., Suite 216
Oswego, Illinois 60543

Case Name: Entire November 5, 2013 Will
Case No:   County Call

Dear Mr. Metrou,

    Due to the resignation of the former trustee, Michael Berland, in the above cases, you have been appointed as successor trustee. Bond is fixed and approved as the blanket bond.

    If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

Sincerely,

Patrick S. Layng
United States Trustee

Rejected: _____

Signature

_____

Date

PSL:cw

Illinois Northern Bankruptcy Live System                    Page 1 of 4

## U.S. Bankruptcy Court
## Northern District of Illinois
## Trustee Michael G Berland
## 11/5/2013

### Chapter 7 Cases

| Case Number | No Action | Report of No Distribution (NDR) | | | | Initial Report | Continue To |
|---|---|---|---|---|---|---|---|
| | | No Funds | Dismiss / Convert No Funds | Dismiss / Convert Funds | Min Funds | | |
| 13-36871 Debra A Owen | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36874 Rachel A Urban | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36902 Daniel R Ocampo and Maidelyn S Ocampo | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36959 KRISTIN LYNN VANALLEN | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36965 Rosa E Velazquez | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36975 JoRhonda L Mickens | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |
| 13-36977 Richardas Mazelis | ⦿ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |

09/23/2013 MON 15:55 FAX 312 Case 13-37023 Doc 10 Filed 09/24/13 Entered 09/24/13 14:19:04 Desc Main ⌀003/005
Document Page 4 of 6

Illinois Northern Bankruptcy Live System

Page 2 of 4

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13-36979 Courtney L Moore | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-36980 Freida Lewis | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-36981 Jeannie M Argenta | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37008 Titus L Payton and Lashawn Payton | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37009 Krystal L Selover | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37010 Terri J Pfalzgraf | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37011 Michelle M Narczewski | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37013 John S Hallam | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37014 Thomas Bullock, Jr. | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37015 Kenneth E Knudsen | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37017 Eric L Rodriguez and Jill A Rodriguez | ⦿ | ○ | ○ | ○ | ○ | ○ | ○ |

09/23/2013 MON 13:37 FAX Case 13-37023 Doc 10 Filed 09/24/13 Entered 09/24/13 14:19:04 Desc Main Document Page 5 of 6 ☐004/005

Illinois Northern Bankruptcy Live System

Page 3 of 4

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13-37018 Steven D Elliott | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37019 Engelo C Galanos and Windy G Galanos | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37022 Bettie J Veasy | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37023 Phillipe M Cunningham | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37031 James G. Fogleman | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37035 Matthew A. Harmon and Kayla J. Harmon | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37050 Marjorie Bailey | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37051 Anthony Charles Rodeghero | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37052 Daniel R Wilda and Stephanie D Wilda | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37071 Robert B | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hentschel and Katherine A Hentschel | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37124 Margaret A Finnegan | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37128 Wayne David Gaszak | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37149 Walter G Klein and Michelle L Klein | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |
| 13-37152 Nicholas Agos and Karen E Agos | ◉ | ○ | ○ | ○ | ○ | ○ | ○ |

Submit  Clear