**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Phillipe M Cunningham
1406 Shaft St
Streator, IL 61364
SSN: xxx−xx−3993 EIN: N.A.
fka Felicia Ann Cunningham

Case No. :   13−37023
Chapter :   7
Judge :   Bruce W. Black

---

Debtor's Attorney:
Stephen J West
Law Offices Of Stephen J West
628 Columbus Dr Rm 102
Ottawa, IL 61350

815−434−7250

Trustee:
Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543

630−551−7171

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

November 7, 2013 , 12:15 PM
150 West Jefferson Street, 2nd Floor, Joliet, IL 60432

For the Court,

Dated: October 2, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court