Form ren341

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Phillipe M Cunningham
1406 Shaft St
Streator, IL 61364
SSN: xxx–xx–3993 EIN: N.A.
fka Felicia Ann Cunningham

Case No. :  13–37023
Chapter :  7
Judge :  Bruce W. Black

---

Debtor's Attorney:

Stephen J West
Law Offices Of Stephen J West
628 Columbus Dr Rm 102
Ottawa, IL 61350

815–434–7250

Trustee:

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543

630–551–7171

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

November 7, 2013 , 12:15 PM
150 West Jefferson Street, 2nd Floor, Joliet, IL 60432

For the Court,

Dated: October 2, 2013

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-37023-BWB
Phillipe M Cunningham                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: ckeith              Page 1 of 1              Date Rcvd: Oct 02, 2013
                               Form ID: ren341           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2013.
db            +Phillipe M Cunningham,    1406 Shaft St,    Streator, IL 61364-1224
21006797      +Art of Modern Dentistry,    F Nikoo Daftary, DDS,    1339 S. Michigan Ave,   Chicago, IL 60605-2601
21006798      +Bank of America,    PO Box 53132,    Phoenix, AZ 85072-3132
21006799      +Citibank NA,    % Global Credit & Collection Corp,    300 International Dr; Suite 100,
                Williamsville, NY 14221-5783
21006800       GE Capital Retail Bank,    % Encore Receivable Management,    PO Box 3330,   Olathe, KS 66063-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21006796       American Education Services
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2013 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Stephen J West    on behalf of Debtor Phillipe M Cunningham tmalaw@sjwlawott.com
                                                                                             TOTAL: 3